ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 0 5 2011

JAMES N. HATTEN, Clerk
By: *[signature]*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL INDICTMENT |
| v. | : |
| | : NO. 1 11-CR-162 |
| ERNEST KOFI AMOAKO | : |
| a/k/a Mark George Davis | : |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 31, 2010, in the Northern District of Georgia, the defendant, ERNEST KOFI AMOAKO, also known as Mark George Davis, did wilfully and knowingly use passport No. 452265991, issued under the authority of the United States of America, the issuance of which was secured by reason of a false statement made in the application therefor, which falsely stated that the true and correct name of the applicant was "Mark George Davis" and that the applicant had never used a different name, which said passport the defendant used to gain entry into the United States of America at the Hartsfield-Jackson International Airport, in violation of Title 18, United States Code, Section 1542.

### COUNT TWO

On or about October 16, 2010, in the Northern District of Georgia, the defendant, ERNEST KOFI AMOAKO, also known as Mark George Davis, did wilfully and knowingly use passport No.

452265991, issued under the authority of the United States of America, the issuance of which was secured by reason of a false statement made in the application therefor, which falsely stated that the true and correct name of the applicant was "Mark George Davis" and that the applicant had never used a different name, which said passport the defendant used to gain entry into the United States of America at the Hartsfield-Jackson International Airport, in violation of Title 18, United States Code, Section 1542.

A ___TRUE___ BILL

___[signature]___
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*[signature: James R. McHenry III]*

JAMES R. MCHENRY III
SPECIAL ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6257
PROVISIONALLY ADMITTED PURSUANT TO LOCAL RULE 83.1A(3), NDGa.